BAYER CROPSCIENCE AG and Bayer S.A.S., Plaintiffs–Appellants,

v.

DOW AGROSCIENCES LLC, Defendant–Appellee.

No. 2014–1032.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2014.

Christopher J. Gaspar, Milbank, Tweed, Hadley & McCloy LLP, of New York, NY, argued for plaintiffs-appellants. With him on the brief were Robert J. Koch, Stephanie R. Amoroso, Edward J. Mayle and Ronald L. Sigworth, of Washington, DC. Of counsel on the brief were Bradford J. Badke and Sona De, Ropes & Gray LLP, of New York, NY.

Mark S. Davies, Orrick, Herrington & Sutcliffe LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were Susannah Landes Weaver; and Peter A. Bicks, Alex V. Chachkes and Andrew D. Silverman, of New York, NY.

NEWMAN, PLAGER, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Frederick W. BAUER, Claimant–Appellant,

v.

Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2014–7064.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2014.

Frederick W. Bauer, Texarkana, TX, pro se.

Benjamin Mark Moss, Trial Attorney, Department of Justice, Lara Eilhardt, Y. Ken Lee, Deputy Assistant General Counsel, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

### ON MOTION

### ORDER

PER CURIAM.

Frederick W. Bauer submits a motion entitled, "Petition for Extraordinary Redress–Remedy–Relief," seeking various relief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.